IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
NEGUS KWAME FAHIM ASIEL-DEY,      *
aka, Ronnie-Theodis Demmons       *
                                  *
         Plaintiff,               *
                                  *
                                  *
         v.                       *    CV 117-020
                                  *
AUGUSTA MORTGAGE COMPANY;         *
WELLS FARGO BANK, N.A.; and       *
UNRUH INVESTMENTS, LLC,           *
                                  *
         Defendants.              *
```

**O R D E R**

On May 30, 2017, this Court issued a Show Cause Order, whereby Plaintiff was ordered to show cause, in writing, as to why this Court should not: (1) dismiss his claims against Defendants without prejudice for failure to prosecute; and (2) close the case. Plaintiff's response was due to be filed by June 13, 2017. To date, Plaintiff has failed to show cause or file anything in response to the May 30, 2017 Order. Accordingly, and as forewarned by the Court, the captioned matter is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all pending motions and deadlines and to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of June, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA